# EXHIBIT B

SUPREME COURT STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------x

BRENDA OWENS JOHNSON,                        Index No. ~~06/0008~~ 600008/06

                    Plaintiff,

        -against-                            AFFIDAVIT OF
                                             BRENDA OWENS JOHNSON
METROPOLITAN LIFE INSURANCE COMPANY,
CONSTELLATION ENERGY and
LILLIAN JOHNSON,

                    Defendants.

-----------------------------------------x


STATE OF MARYLAND          :
                           :    ss.:
COUNTY OF BALTIMORE        :


        Brenda  Owens  Johnson  being  duly  sworn  deposes  and

says:

        1.    I am the Plaintiff herein and make this affidavit

in  support  of  my  motion  seeking  a  preliminary  injunction

forbidding  defendant,  Metropolitan  Life  Insurance  Company,

(hereinafter "Met Life"),  from making  a  payment  on  the  life

insurance policy covering my husband to his ex-wife, defendant

Lillian Johnson.   We also seek a temporary restraining order

preventing Met Life from making any payments on the policy until

the hearing on this motion and requiring Met Life to stop payment on any checks issued in payment of the policy in the past 48 hours.

2. My husband, Arthur J. Johnson died on September 9, 2005. Prior to his death, my husband was employed by defendant, Constellation Energy, for thirty two years. His divorce from defendant Lillian Johnson was finalized in September of 2002.

3. Soon after we were married, my husband brought home a form to change the beneficiary on the life insurance policy that he maintained through his job with Constellation Energy. My husband gave me the form to fill out and I was reluctant to do so because I did not want to discuss the issue of either of us dieing. The next morning my husband asked me if I had completed the form and I told him that I had not. At his insistence I told him that I would take the form to work with me and complete it. I distinctly remember discussing my husband's insistence that I fill the form out with his cousin Jurise Carter Roscoe who works with me. We joked about how my husband always wanted to do things immediately.

4. I filed the form out at work and gave it to him that evening. The next evening when he returned from work I asked him if he submitted the form and he told me that he had done so. We had a lighthearted conversation about how he always

2

01/05/2006  10:05    4104547149                        SAFTEY & RISK MGMT                        PAGE   04/07

                                                        LEWIS & FIORE                                              @004

did things like this with no delay.  We never heard anything back from any of the defendants about the change in beneficiary.

5.   Annexed hereto is a printout of my husband's earnings and deductions from his job with Constellation Energy. It is clear that he had Employee Supplemental Life Insurance and Additional Supplemental Life Insurance on his life and even had spouse Life Insurance covering my life.  It is undeniable therefore, that Constellation Energy and Met Life knew that I was my husband's spouse and that I was covered under his insurance policy.  Also submitted herewith is a copy of the Flexible Benefits Confirmation Statement from December 9, 2003 showing that my husband and I were both listed on the form as was the life insurance benefits that he had covering his life and my life.

6.   When I submitted an application for benefits after my husband died, I was told by Metropolitan Life that I was not the beneficiary named on the policy.  I appealed that determination and submitted proof to Met Life that I was married to my husband.

7.   One of the documents which I submitted was the divorce decree between my husband and his ex-wife.  As can be seen from the decree, the defendant waived all but $50,000 of any life insurance benefits that my husband owned.  I pointed out to Met Life that the defendant was bound by that agreement

3

and could not properly claim to be the beneficiary of his life insurance policy. (See copies annexed hereto).

8. Since this problem arose I have spoken to a number of my late husband's co-workers and they have informed me that Constellation Energy is notorious for failing to properly process change in beneficiary forms that are submitted by their employees. One of his co-workers, Earl Phillips and his wife Veronica Phillips, advised me that Mr. Phillips had designated his wife and then his two sons as beneficiaries of his life insurance. He later found out that the employer claimed that there was no beneficiary designation form filed out. Another co-worker, Nelson Brown had his pay check sent to the state unclaimed fund office supposedly because he had not supplied an address to the company when he retired. In reality, he still resided at the same address he had lived at before his retirement.

9. Most recently I heard that the spouse of a Constellation Energy employee who was killed during the hurricane Katrina rescue effort was told that she was not entitled to any benefits because the employee's ex-wife was still designated as the beneficiary on his life insurance policy. This has caused Constellation Energy to conduct an internal investigation into their shortcomings in keeping and processing accurate records of designations of beneficiaries.

4

If in fact Constellation is found to have routinely failed to process the kind of beneficiary changes that they apparently failed to process for my husband, certainly this case would seem to be highly meritorious.

10.  If payment on the life insurance policy is made to the defendant Lillian Johnson I know that there will be no way for me to collect the money from her even if my suit is successful.  Ms. Johnson has a history of being totally irresponsible in financial matters which was the cause of her divorce.  She converted funds belonging to my husband's mother which were never recovered.  After obtaining title to the marital residence in the divorce proceeding she lost the property to a mortgage foreclosure because she failed to make the required payments.  Even after the house was lost in foreclosure, she resisted leaving the property until a second legal proceeding was commenced against her.

11.  If the funds representing the proceeds of the life insurance policy are allowed to be paid to Mrs. Johnson, once those funds leave the state, I will never see them again.

12.  It is necessary to preserve the status quo that no payments be made on the policy until this litigation has been concluded.  Because Met Life has been so resistant to allowing me to exercise my rights in court, a temporary restraining order is necessary to prevent payment and to require Met Life to stop

5

payment on any check that might have been issued over the last

48 hours.


_Brenda Owens - Johnson_
BRENDA OWENS JOHNSON

SWORN to before
me this 5th day
of January 2006.

_McElveen_
NOTARY PUBLIC

My Commission expires on January 1, 2007

6

11/12/2005  05:04   4104967373                                BRENDA OWENS                          PAGE   16



## Constellation Energy

| | | |
|---|---|---|
| Pay Group: | BW1-Biweekly 1 (FLSA) | Business Unit: B2006 |
| Pay Begin Date: | 08/22/2005 | Check #: 0000000000356656 |
| Pay End Date: | 09/04/2005 | Check Date: 09/09/2005 |

ARTHUR J JOHNSON
2813 Granite Rd.
Woodstock, MD 21163

Employee ID: 31667
Department: 51-21-21-Route 40 East Stat(E) Unit
Location: 1201-1203 67th Street
Job Title: Sr Jmymn-Appliance/Heat
Pay Rate: $2,000.57 Biweekly

Marital Status: Married
Allowances: 3
Addl. Pct.:
Addl. Amt.:

**Earnings**

| | | Earnings | YTD Hours | YTD Amount |
|---|---|---|---|---|
| | | 265.82 | | 4,781.16 |
| | | 15.23 | | 274.14 |
| | | 34.19 | | 615.42 |
| | 25.007125 | 2,000.56 | 355.00 | 8,377.57 |
| | | 0.00 | 5.60 | 17.09 |
| | | 0.00 | 16.90 | 409.12 |
| | | 0.00 | | 500.00 |
| | | 0.00 | | 35.00 |
| | | 0.00 | | 1,665.53 |
| | | 0.00 | 40.00 | 1,000.29 |
| | | 0.00 | | 175.00 |
| | | 0.00 | 13.00 | 365.19 |
| | | 0.00 | 212.80 | 7,871.04 |
| | | 0.00 | 25.75 | 1,437.90 |
| | | 0.00 | 917.00 | 22,931.03 |
| | | 0.00 | 112.00 | 2,800.50 |

**TOTAL:** 2,315.82 / 54,007.70

**Taxes**

| | Current | YTD |
|---|---|---|
| Fed Withholding | 157.51 | 4,800.62 |
| Fed MED/EE | 26.81 | 693.14 |
| Fed OASDI/EE | 123.32 | 2,965.78 |
| MD Withholding | 121.80 | 3,079.33 |

**TOTAL:** 429.84 / 11,537.07

**Before-Tax Deductions**

| | Current | YTD |
|---|---|---|
| Medical | 317.44 | 5,715.72 |
| Dental | 23.77 | 427.86 |
| Vision Plan | 4.32 | 78.90 |
| Employee Suppl Life Insurance | 5.40 | 97.20 |
| Addl Supplemental Life II | 14.51 | 260.82 |
| ESP CEG | | 1,965.16 |

**TOTAL:** 425.44 / 5,632.73

**After-Tax Deductions**

| | Current | YTD |
|---|---|---|
| Spouse Life Ins | 0.69 | 12.42 |
| Disability Ins Plan | 34.19 | 615.42 |
| ESP CEG | 66.02 | 1,955.16 |
| Garnishment-Child | 184.62 | 3,323.16 |
| Service Plan Loan 06 | 91.48 | 1,097.76 |
| United Way | 2.00 | 56.00 |

**TOTAL:** 373.00 / 7,099.92

**Employer Paid Benefits**

| | Current | YTD |
|---|---|---|
| Employee Suppl Life Insurance* | 5.84 | 105.12 |
| Spouse Life Ins* | 0.14 | 2.67 |
| Addl Supplemental Life II* | 16.67 | 300.06 |
| ESP CEG-After Tax | 30.01 | 361.84 |
| ESP CEG-Before Tax | 30.01 | 727.33 |

* Taxable - Imputed Income

| | Total Gross | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,315.82 | 1,912.83 | 429.84 | 798.44 | 1,087.34 |
| YTD | 54,007.70 | 45,847.68 | 11,537.07 | 15,572.64 | 26,897.99 |

| Net Pay Distribution | |
|---|---|
| Advice #000000000356656 | 1,087.34 |
| **TOTAL:** | 1,087.34 |

---

## Constellation Energy

**Deposit Date:** 09/09/2005

**356656**

**Deposit for**
MH20C   31667   51-21-21
ARTHUR J JOHNSON
2813 Granite Rd.
Woodstock, MD 21163

Location: 1201-1203 67th Street

| Account Type | Deposit Amount |
|---|---|
| Checking | 1,087.34 |

**Total Amount: $1,087.34**

## NON-NEGOTIABLE

## FLEXIBLE BENEFITS CONFIRMATION STATEMENT

### BGE HOME PRODUCTS & SVCS

ARTHUR J JOHNSON                                SERVICE DATE:                    12/26/72
EMPLOYEE NUMBER: 31667                          BASE PAY:              $     952.65
2813 GRANITE RD.                                          MONTHLY BASIC EARNINGS
WOODSTOCK                 MD 21163              FOR DISABILITY PURPOSES: $ 4,363.00
                                               ** BASE PAY/EARNINGS AS OF 10/01/03

THIS STATEMENT CONFIRMS YOUR FLEXIBLE BENEFITS EFFECTIVE 01/01/04.
PLEASE REVIEW CAREFULLY. IF YOU FIND AN ERROR, CORRECT IT ON THIS FORM, SIGN BELOW AND
RETURN THE FORM TO BENEFITS UNIT, 16TH FLR GAS & ELECTRIC BLDG BY 12/19/03.
IF YOUR STATEMENT IS CORRECT, KEEP IT FOR YOUR RECORDS.

_____        _____        _____
       SIGNATURE                      DATE                 COMPANY PHONE NO.

---

| YOUR COVERED FAMILY MEMBERS | DATE PROCESSED: 12/09/03 |

| MEM NO. | NAME | BIRTH DATE | SEX (M/F) | REL. CODE | SOCIAL SEC. NO. | STATUS CODE | PCP NO. | MED | DEN | LIFE | SPSE LIFE | CHLD LIFE | VIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00 | ARTHUR J JOHNSON | 06/29/52 | M | | 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 | | | YES | YES | YES | NO | | YES |
| 05 | BRENDA V JOHNSON | 07/19/59 | F | SP | 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 | | | YES | YES | YES | NO | | YES |

RELATIONSHIP CODES:   SP=SPOUSE;    CH=CHILD;         SC=STEPCHILD;    OC=OTHER CHILD
STATUS CODES:         ST=STUDENT;   LD=LIFETIME DEPENDENT

---

YOUR BENEFIT ELECTIONS

| BENEFIT | PLAN | DESCRIPTION | COVERAGE | | 2004 BEFORE-TAX COST | 2004 AFTER-TAX COST |
|---|---|---|---|---|---|---|
| MEDICAL PLAN | 13 | CAREFIRST NATL PPO | | | $ 133.96 | |
| DENTAL PLAN | 2 | MET-PPO | | | $ 11.54 | |
| SPOUSE LIFE | 2 | $12,000 | SPOUSE | | | $ 0.34 |
| CHILD LIFE | 0 | NO COVERAGE | | | | $ 0.00 |
| EMPLOYEE LIFE | 05 | 5 X PAY | NON-SMOKER | $ 249,000 | $ 9.88 | |
| LONG-TERM DISABILITY | 2 | 60% OF BASIC EARNINGS | | | | $ 14.09 |
| SHORT-TERM DISAB | 0 | NO COVERAGE | | | | $ 0.00 |
| VISION | 2 | HIGH OPTION PLAN | | | $ 2.11 | |

          TOTAL BEFORE-TAX COST                        $   157.49
          YOUR TOTAL FLEX CREDITS                      $   136.50
          YOUR FLEX BEFORE TAX DEDUCTION               $    20.99
          TOTAL AFTER-TAX DEDUCTION                                    $   14.63

HEALTH CARE ACCOUNT    0    PER PAY CONTRIBUTION       $     0.00
DEPENDENT CARE ACCT    0    PER PAY CONTRIBUTION       $     0.00